**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |  |
|---|---|---|
| **DONTE BROWN, #1956844** | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **CIVIL NO. GJH-17-3231** |
| | * | |
| **WARDEN[1], SERGEANT WAYNE MURRAY** | * | |
| Defendant. | * | |
| | ********* | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 28th day of March, 2019, by the United States District Court for the District of Maryland, ORDERED:

1) The claims as to "Warden" **ARE DISMISSED**;

2) Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, ECF No. 19, **IS GRANTED-IN-PART** and **IS DENIED** as to the excessive force and denial of medical care claims under the Fourteenth Amendment Due Process Clause;

3) Plaintiff's Motion for Discovery, ECF No. 30, is **DENIED as moot**;

4) Plaintiff's Motion for Extension of Time, ECF No. 31, is **DENIED as moot**; and

5) The Clerk **SHALL PROVIDE** a copy of this Order to Plaintiff and to counsel of record.

/s/_____
GEORGE J. HAZEL
United States District Judge

---

[1] Service was not obtained on "Warden," and this party will be dismissed from this case.